## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **CARLOS HERNANDEZ AND** | § | |
| **LETICIA HERNANDEZ,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:15-CV-00163-J** |
| | § | |
| **STATE FARM LLOYDS AND KEVIN** | § | |
| **COKER,** | § | **JURY DEMANDED** |
| | § | |
| **Defendants.** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notify the Court as follows:

1)      On April 22, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2)      The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3)      The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
State Bar No. 24037492
Federal No. 900984
3810 W. Alabama Street
Houston, Texas  77027
(713) 861-6616 (Office)
(713) 861-8084 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 22nd day of April, 2016, as follows:


*/s/ René M. Sigman*
René M. Sigman